1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11 | FRANK R. SUMAHIT,

1:09-cv-00197-SMS-PC

12

Plaintiff,

ORDER GRANTING PLAINTIFF'S MOTION
TO DISMISS ACTION
(Doc. 9)

13

v.

14 | AHLIN, et al.,

ORDER DISMISSING ACTION IN ITS
ENTIRETY WITHOUT PREJUDICE

15

16

Defendants.

ORDER DIRECTING CLERK TO CLOSE FILE

17 | _____/

18        Plaintiff Frank R. Sumahit ("Plaintiff") is a civil detainee proceeding pro se and in forma

19   pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the

20   complaint on July 23, 2008.  (Doc. 1.)  On March 2, 2009, Plaintiff consented to Magistrate

21   Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and no other party has appeared in this action.

22   (Doc. 5.)

23        On June 8, 2009, Plaintiff filed a motion to dismiss his complaint.  (Doc. 9.)  "[U]nder

24   Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service

25   by the defendant of an answer or a motion for summary judgment.'"  Commercial Space Mgmt.

26   Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San

27   Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is effective on

28   filing, no court order is required, the parties are left as though no action had been brought, the

1   defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at

2   1078.  No defendant has filed an answer or other responsive pleading.  Therefore, Plaintiff's

3   motion shall be granted.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1.      Plaintiff's motion to dismiss the complaint is GRANTED;

6          2.      This action is DISMISSED in its entirety without prejudice; and

7          3.      The Clerk of the Court is DIRECTED to close the file in this case and adjust the

8                  docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

9

10

11  IT IS SO ORDERED.

12  **Dated:    June 10, 2009**                            **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28